JS-6

Douglas J. Chermak (Bar No. 233382)
Email: doug@lozeaudrury.com
Michael R. Lozeau (Bar No. 142893)
Email: michael@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200

Sarah Spinuzzi (Bar No. 305658)
Email: sarah@coastkeeper.org
Erin Barlow (Bar No. 342212)
Email: erin@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiff Orange County Coastkeeper*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit public benefit corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>TWI- TECHNO WEST, INC., a corporation<br><br>                Defendant. | Case No. 8:24−cv−02768−SRM−ADS<br><br>**CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, <u>33 U.S.C. §§ 1251</u> *et seq.*)** |

## **CONSENT DECREE**

The following consent decree ("Consent Decree") is entered into by and between Orange County Coastkeeper ("Coastkeeper") and TWI- Techno West, Inc. ("Techno West") (hereinafter, "Defendant"). The entities entering into this Consent Decree are each an individual "Settling Party" and collectively are the "Settling Parties."

**WHEREAS,** Orange County Coastkeeper is a non-profit public benefit corporation;

**WHEREAS,** Coastkeeper is dedicated to the protection of swimmable, drinkable, fishable water, and the promotion of watershed resilience throughout Orange County, including the Anaheim Bay/Huntington Harbour watershed;

**WHEREAS,** Techno West is the current operator of the facility located at 1391 S. Allec Street, Anaheim, CA 92805 (the "Facility");

**WHEREAS,** Coastkeeper alleges that Defendant's operations at the Facility result in discharges of pollutants into waters of the United States and are regulated by the Clean Water Act Sections 301(a) and 402. 33 U.S.C. §§ 1311(a), 1342;

**WHEREAS,** discharges from the Facility are regulated by the National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001 [State Water Resources Control Board] Water Quality Order No. 97-03-DWQ, as amended by Order No. 2014-0057-DWQ, as amended by Order No. 2015-0122-DWQ, as subsequently amended by Order No. 2018-0028-DWQ (effective July 1, 2020) (collectively, as amended, and as may be subsequently amended from time to time, the "General Permit" or the "Permit"), issued pursuant to Section 402 of the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.* (the "Clean Water Act" or the "CWA");

**WHEREAS,** the General Permit requires all permittees, including Defendant, to comply with, *inter alia*, the following mandates: (1) develop and implement a storm water pollution prevention plan ("SWPPP"), (2) control pollutant discharges using, as applicable, best available technology economically achievable ("BAT") or best

conventional pollutant control technology ("BCT") to prevent or reduce pollutants through the development and application of Best Management Practices ("BMPs"), which must be included and updated in the SWPPP, (3) when necessary, implement additional BMPs or other control measures as necessary to comply with any and all applicable receiving water limitations, including the Santa Ana Basin Plan, and/or other requirements set forth in the Permit, including compliance with the Criteria for Priority Toxic Pollutants in the State of California ("CTR"), 40 C.F.R. § 131.38, as applicable, and (4) implement a monitoring and reporting program designed to assess compliance with the Permit;

**WHEREAS**, on October 23, 2024, Coastkeeper issued a notice letter (the "Notice Letter") to Defendants, their registered agents, the Administrator of the United States Environmental Protection Agency ("EPA"), the Executive Director of the State Water Resources Control Board (the "State Water Board"), the Executive Officer of the Santa Ana Regional Water Quality Control Board (the "Regional Water Board"), the Regional Administrator of EPA Region IX, and the U.S. Attorney General alleging violations of the General Permit and Clean Water Act at the Facility;

**WHEREAS**, on December 23, 2024, Coastkeeper filed a Complaint against Defendants (the "Complaint") in the United States District Court for the Central District of California (Civil Case No. 8:24-cv-02768-FWS-ADS) (hereinafter, the "Action");

**WHEREAS**, Coastkeeper alleges that Defendant is violating the substantive and procedural requirements of the General Permit and Clean Water Act;

**WHEREAS**, Defendant denies each of Coastkeeper's claims in the Notice Letter and the Complaint;

**WHEREAS**, the Settling Parties agree it is in their mutual interest to enter into a Consent Decree in this Action setting forth terms and conditions appropriate to resolving the allegations set forth in the Notice Letter and the Complaint without further proceedings;

Consent Decree                                                    Case No. 8:24-cv-02768-SRM-ADS

**WHEREAS**, Defendant agrees to comply with the current version of the General Permit;

**WHEREAS**, capitalized terms used but not defined herein shall have the meanings ascribed to them in the General Permit; and

**WHEREAS**, all actions taken by Defendant pursuant to this Consent Decree shall be made in compliance with all applicable Federal and State laws and local rules and regulations.

**NOW THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE SETTLING PARTIES AND ORDERED AND DECREED BY THE COURT AS FOLLOWS:**

1.     The Court has jurisdiction over the subject matter of this action pursuant to Section 505(a)(1)(A) of the Clean Water Act, 33 U.S.C. § 1365(a)(1)(A).

2.     Venue is appropriate in the U.S. District Court for the Central District of California pursuant to Section 505(c)(1) of the Clean Water Act, 33 U.S.C. § 1365(c)(1), because the Facility is located within this District.

3.     The Complaint states claims upon which relief may be granted pursuant to Section 505(a)(1) of the Clean Water Act, 33 U.S.C. § 1365(a)(1).

4.     Coastkeeper has standing to bring the Clean Water Act claims raised in the Notice Letter and Complaint.

5.     The Court shall retain jurisdiction over this matter for purposes of enforcing the terms of this Consent Decree for the Term of the Consent Decree, or as long thereafter as is necessary for the Court to resolve any motion to enforce this Consent Decree.

**I.     AGENCY REVIEW AND TERM OF CONSENT DECREE**

6.     Coastkeeper shall submit this Consent Decree to the United States Department of Justice and EPA (collectively, the "Federal Agencies") within three business days of the final signature of the Settling Parties for agency review consistent with 40 C.F.R. § 135.5. The Federal Agencies' review period expires forty-five days after receipt of this

Consent Decree by the Federal Agencies, as evidenced by certified mail return receipts or other tracking information, copies of which shall be provided to Defendant.

7.    Following expiration of the Federal Agencies' forty-five-day review period, Coastkeeper shall submit the Consent Decree to the Court for entry.

8.    The term "Effective Date" as used in this Consent Decree shall be the date of entry of this Consent Decree by the Court. To the extent permitted by law, if, after the end of the forty-five day review period referenced in Paragraph 6, *supra*, the Settling Parties agree to request immediate entry of this Consent Decree by the Court and if, after fourteen days, the Court has not entered the Consent Decree, the Settling Parties agree that any party to this agreement may request a hearing before the Court to seek entry of the Consent Decree.

9.    This Consent Decree shall terminate three years after the Effective Date unless (i) an Action Plan (as hereinafter defined in Paragraph 21 below) is required per Paragraph 20 below, in which case the Consent Decree will terminate one year after complete implementation of the measures described in the Action Plan and/or (ii) if there is an ongoing, unresolved formal dispute regarding Defendant's compliance with this Consent Decree, in which case the Consent Decree will terminate within fifteen days' notice by Coastkeeper that the dispute has been fully resolved (the occurrence of any of the above hereinafter being the "Termination Date," as applicable). The length of time between the Effective Date and the Termination Date shall be the "Term."

10. Notwithstanding Paragraph 9 above, if Techno West should cease operations or not otherwise maintain activities regulated by the General Permit at all or a portion of the Facility, and file a Notice of Termination ("NOT") for the Facility under the General Permit before the Termination Date, Techno West shall send Coastkeeper a copy of the proposed NOT form concurrent with submittal of the same to the Regional Water Quality Control Board, Santa Ana Region ("Regional Board"). In the event of an NOT, the Consent Decree will terminate upon the Regional Board's approval of the NOT, except

4

with respect to the monetary provisions of this Consent Decree. Within ten days of the Regional Board's approval of the NOT, Techno West shall notify Coastkeeper in writing of the approval and promptly pay any remaining amounts hereunder.

## II.    COMMITMENTS OF THE SETTLING PARTIES

### A. Storm Water Pollution Control Best Management Practices

11.    In addition to maintaining the current BMPs at the Facility, Techno West shall develop and implement the BMPs identified herein, as well as any other BMPs necessary to comply with the provisions of this Consent Decree and the General Permit. Specifically, Techno West shall develop and implement BMPs to prevent and/or to reduce contamination in storm water discharged from the Facility consistent with BAT and BCT and/or when necessary to support attainment of water quality standards ("WQS").

12.    Techno West shall develop and fully implement the following BMPs at the Facility:

12.1. Hydrologic and Hydraulic Analysis. Within sixty days of the Effective Date, Techno West shall perform a hydrologic and hydraulic analysis to support an assessment of the adequacy of the Facility's currently installed storm water treatment system to treat runoff pursuant to the design storm standard as defined in the General Permit Section X.H.6

12.1.1.    Within thirty days of the completion of the hydrologic and hydraulic analysis, if the assessment shows that the treatment system cannot treat runoff pursuant to the design storm standard as defined in the General Permit, Techno West shall prepare and submit to Coastkeeper an upgrade proposal to upgrade the treatment system to meet that design storm standard. Coastkeeper shall have thirty days upon receipt of Techno West's upgrade proposal to provide Techno West with comments. Within thirty days of receiving Coastkeeper's

comments on the upgrade proposal, Techno West shall accept Coastkeeper's comments, or, alternatively, justify in writing why any comment is not being incorporated. Any disputes as to the adequacy of the upgrade proposal and/or Techno West's failure to incorporate Coastkeeper's comments shall be resolved pursuant to the dispute resolution provisions of this Consent Decree, set out in Section IV below. Techno West shall implement the agreed-upon upgrade within sixty days of Techno West and Coastkeeper reaching an agreement.

12.2. <u>Flow Direction</u>. Within ninety days of the Effective Date, Techno West shall:

12.2.1.    Install a permanent berm along a portion of the northeast property line as depicted in the Facility map attached hereto as Exhibit A;

12.2.2.    Divert storm water flows from the east side of the storage area identified in Exhibit A to the trench drain for pumping to the treatment system.

12.3. <u>Filter Socks</u>. Within sixty days of the Effective Date, or as soon thereafter as sufficient precipitation occurs to do so, Techno West shall determine the appropriate filter media that will have the greatest potential to treat pollutants identified in Table 1 of this Consent Decree.

12.3.1.    Upon selection of filter media, prior to a storm event with a fifty percent or more probability of delivering at least 0.10 inches of rain, Techno West shall install a linear media filter ("sock") around the drain inlet to the treatment system in such a way that runoff passes through at least two rows of socks;

12.3.2.    If there is any possibility of potential damage from equipment or vehicle traffic, Techno West must install safety cones around the filter socks;

12.3.3.    Techno West shall remove filter socks after the rain event has ceased to prevent degradation from sun exposure, damage from equipment or vehicles, media deterioration, or attracting rodents;

12.3.4.    Techno West shall develop and incorporate into the SWPPP a maintenance procedure for the filter socks that specifies the timeline for drying filter socks, cleaning debris from underneath filter socks, and replacing filter socks as required to maintain their maximum efficacy;

12.4. <u>Sweeping</u>. Techno West shall maintain daily sweeping with the Facility's mechanical sweeper, supplemented by manual sweeping in areas inaccessible with the mechanical sweeper, and conduct sweeping by regenerative air or vacuum equipment at least twice monthly;

13.    <u>Area South of the Railroad Track</u>. Within thirty days of the Effective Date, Techno West shall update its SWPPP to include an NEC Checklist for the area south of the railroad track to confirm that none of the industrial materials or activities listed in the NEC Checklist are, or will be in the foreseeable future, exposed to precipitation.   The area south of the railroad track is identified in Exhibit A;

13.1.1.    Techno West shall conduct visual inspections during at least four Qualifying Storm Events ("QSEs") as defined by the General Permit to determine if any stormwater runoff from the area south of the railroad track identified in Exhibit A commingles with industrial storm water and flows off-site. Visual inspections must be documented with photographs and videos provided to Coastkeeper in accordance with Paragraph 28. If a discharge of industrial stormwater is observed

from the area south of the railroad track, Techno West must eliminate the industrial storm water from the area south of the railroad track, or divert the flows to the treatment system, or sample the industrial storm water subject to and consistent with the General Permit and Action Plan requirements of this Consent Decree. If the Facility is diverting the flows to the treatment system, the Facility must ensure that the treatment system is designed to accommodate the additional flows.

14.    <u>Confirmation of Completion</u>. Techno West shall provide Coastkeeper with written documentation, including photographs, demonstrating that the required BMPs have been implemented in compliance with Paragraphs 12.1 through 12.4 above within thirty days of completion in each case.

**B. <u>Storm Water Sampling</u>**

15.    <u>Sampling</u>. The following storm water monitoring procedures shall be implemented at the Facility:

15.1. <u>Frequency</u>. Techno West shall collect samples from at least four QSEs as defined by the General Permit per Reporting Year[1], and analyze for all parameters identified in Table 1 below. Techno West shall sample at least two QSEs during each half of the Reporting Year. If Defendants are unable to collect samples from at least two QSEs during the first half of the Reporting Year, Defendants shall make every effort to collect all four samples in the second half of the Reporting Year.

15.2. <u>Documentation</u>. To document the storm water discharge and discharge location, an employee shall take photographs of the storm water discharge and discharge location when samples are collected (the "Sampling Photographs").

---

[1] Reporting Year is defined as between July 1 – June 30.

15.3. <u>Rain Gauge</u>. Techno West shall maintain a recording rain gauge capable of recording rainfall to 0.1 inches. Techno West shall maintain the recording rain gauge in accordance with the manufacturers' recommendations, maintain records of all maintenance and rain data, and provide such rain gauge data to Coastkeeper as described below in Paragraph 28.

15.4. <u>Parameters</u>. All samples collected pursuant to this section shall be analyzed for the parameters listed in Table 1 herein.

15.5. <u>Lab</u>. Except for pH samples, a laboratory accredited by the State of California shall analyze all samples collected pursuant to this Consent Decree. Unless otherwise required by the General Permit, analysis of pH shall be completed onsite using a calibrated instrument for pH in accordance with the manufacturer's instructions.

15.6. <u>Detection Limits</u>. Techno West shall require that the laboratory use analytical methods adequate to detect the individual parameters at or below the values specified in Table 1 or the General Permit, whichever is lower.

15.7. <u>Holding Time</u>. All samples collected from the Facility shall be delivered to the laboratory and analyzed within the holding times required in 40 C.F.R. Part 136.

15.8. <u>Results</u>. Techno West shall request that sample-analysis results and associated chain of custody forms be reported to them within thirty business days of laboratory receipt of the sample.

15.9. <u>Reporting</u>. No later than thirty days from receipt of the complete laboratory report, Techno West shall (i) submit sampling results to the State Board's Stormwater Multiple Application and Report Tracking System website ("SMARTS") and (ii) provide the complete lab results to Coastkeeper. Techno West shall also submit the Sampling Photographs to Coastkeeper when it submits the sampling results.

**C. Visual Observations**

16.     Storm Water Discharge Observations. During the Term of this Consent Decree, Techno West shall conduct visual observations during each QSE that is sampled.

17.     Non-Storm Water Discharge Observations. During the Term of this Consent Decree, Techno West shall conduct monthly non-storm water visual observations pursuant to the General Permit.

18.     Visual Observation Records. Techno West shall maintain observation records to document compliance with Paragraphs 16 and 17 above and shall provide Coastkeeper with copies of such records as described in Paragraph 28.

**D. Employee Training**

19.     Within thirty days of the Effective Date, Techno West shall develop and implement an employee training program that meets the following requirements and ensures: (1) there are a sufficient number of employees at the Facility designated to achieve compliance with the General Permit and this Consent Decree (hereinafter referenced as "Designated Employees" or "DE"); (2) such Designated Employees are properly trained to perform the required activities to maintain compliance with the General Permit, the Facility's SWPPP, and this Consent Decree; and (3) all full-time regular (non-temporary) non-clerical Techno West employees at the Facility (hereinafter referenced as "ALL Employees") receive basic information regarding storm water housekeeping and best practices (the "Training Program"). At a minimum, the Training Program shall include the following:

19.1.     Non-Storm Water Discharges. Designated Employees shall be trained on the General Permit's prohibition of non-storm water discharges so that Designated Employees know what non-storm water discharges are, that non-storm water discharges can result from improper surface washing or the release of any substance from the property, and how to detect and prevent non-storm water discharges.

19.2.    <u>The SWPPP and BMPs</u>. Techno West shall train all Designated Employees on the SWPPP and, specifically, BMP implementation and/or maintenance, such as filter sock deployment and maintenance, as applicable, to ensure BMPs are implemented effectively to prevent the exposure of pollutants to storm water and prevent the discharge of contaminated storm water from the Facility. Designated Employees shall be trained on proper operational procedures and control measures. All training of Designated Employees must include the requirements of the General Permit and this Consent Decree including the additional BMPs outlined in Paragraph 12 above.

19.3.    <u>Storm Water Sampling</u>. Techno West shall designate an adequate number of Designated Employees necessary to collect storm water samples as required by this Consent Decree and the General Permit. The Training Program shall include training of Designated Employees sufficient to ensure: (i) proper sampling protocols, including chain of custody requirements, are followed at all times and, (ii) storm water samples are properly collected, stored, and submitted to a certified laboratory.

19.4.    <u>Training Implementation</u>. Training of at least two Designated Employees (hereinafter referenced as "Designated Trainers") shall be provided by a Qualified Industrial Storm Water Practitioner (a "QISP," as defined in Section IX.A of the Permit) familiar with the requirements of this Consent Decree and the General Permit. The Designated Trainers and/or the QISP shall provide the training set forth in this Paragraph 19.

19.5.    <u>Language</u>. The Training Program shall be conducted, and all training materials shall be made available, in the language in which the

11

Consent Decree                                                    Case No. 8:24-cv-02768-SRM-ADS

employee(s) participating in the Training Program are fluent. If necessary to accomplish the foregoing or where translation would contribute to: (i) staff comprehension of the Training Program and/or, (ii) compliance with this Consent Decree and the General Permit. Techno West shall provide translation services at training sessions and translate training materials where necessary.

19.6.    <u>Training Program Frequency – DE Employees</u>. The Training Program shall be repeated annually or more frequently as necessary to ensure all Designated Employees are familiar with the requirements of this Consent Decree and the General Permit. Designated Employees shall receive training prior to assuming responsibilities under the General Permit or this Consent Decree.

19.7.    <u>Training Program Frequency – ALL Employees</u>.  ALL Employees who have not received training shall receive initial training  to ensure they receive enough information regarding storm water housekeeping and best practices to comply with this Consent Decree and the General Permit. ALL Employees who are new shall receive this training within six months of hiring. The past training for ALL Employees does not need to be documented. Any future training of ALL Employees must be documented.

19.8.    <u>Training Records</u>. Techno West shall maintain training records to document compliance with this section and shall provide Coastkeeper with a copy of such records as described in Paragraph 28.

**E.  <u>Reduction of Pollutants in Discharges</u>**

20.    <u>Storm Water Contaminant Reduction</u>. Techno West shall develop and implement BMPs such that contaminants in storm water discharges from the Facility maintain concentrations that are equal to or less than the values set forth in Table 1 below

(the "Table 1 Values"). Failure to achieve Table 1 Values shall not be deemed a violation of the Permit or this Consent Decree so long as Techno West continues to make timely and diligent efforts as required by the Permit and this Consent Decree to further reduce the level of pollutants in the discharges. Starting in the 2025-2026 Reporting Year, any two exceedances of the same Table 1 Value at the Discharge Location in a Reporting Year shall trigger the Action Plan requirements set forth in Paragraph 21 below. However, the Action Plan requirements shall not be triggered by exceedances of dissolved zinc; dissolved copper; and the pH limit with the Basin Plan source of limit.

**Table 1. Numeric Values for Storm Water Discharges[1]**

| Parameter | Limit | Source of Limit |
|---|---|---|
| pH | 6.5 – 8.5 S.U. | Basin Plan |
| pH | 6.0 – 9.0 pH units | Permit NAL |
| Total Suspended Solids | 100 mg/L | Permit NAL |
| Oil and Grease | 15 mg/L | Permit NAL |
| Iron, Total | 1.0 mg/L | Permit NAL |
| Zinc, Total | 0.26 mg/L | Permit NAL |
| Zinc, Dissolved | 0.12 mg/L | California Toxics Rule |
| Nitrate + Nitrite (as Nitrogen) | 0.68 mg/L | Permit NAL |
| Lead, Total | 0.262 mg/L | Permit NAL |
| Copper, Total | 0.0332 mg/L | Permit NAL |
| Copper, Dissolved | 0.013 mg/L | California Toxics Rule |

Coastkeeper agrees if any Table 1 parameter is not detected from the Discharge Location in four consecutive QSEs, then that parameter will be removed from Table 1 in this Consent Decree for the remainder of its Term.[2]  Coastkeeper also agrees that if total copper is below the Permit NAL for four consecutive QSEs, then total copper will be removed from Table 1 in this Consent Decree for the remainder of its Term.

21.    Action Plan. In the event the requirement to prepare an Action Plan is triggered at the Facility pursuant to Paragraph 20 above, Techno West shall prepare and submit to Coastkeeper a plan for reducing and/or eliminating the discharge of the parameter(s) in question during the next Reporting Year (an "Action Plan"). In any year

---

[2] Not detected shall be identified as either non-detect ("ND") or a value less than the laboratory detection limit.

Consent Decree                                                                    Case No. 8:24-cv-02768-SRM-ADS

that an Action Plan is required, such Action Plan shall be submitted by July 1 following the sample results that triggered the Action Plan. No more than one Action Plan will be required in any given year.

21.1.    Requirements. Each Action Plan submitted shall include, at a minimum: (1) the identification of the contaminant(s) discharged in excess of the Table 1 Value(s), (2) an assessment of the source of each contaminant exceedance, (3) the identification of additional BMPs that shall be implemented to achieve compliance with the Table 1 Value(s), and (4) time schedules for implementation of the proposed BMPs. The time schedule(s) for implementation shall ensure all BMPs are implemented as soon as possible, but in no event later than October 1 following the submittal of the Action Plan, unless a later implementation date is mutually agreed upon by the Settling Parties.

21.2.    Action Plan Review. Coastkeeper shall have thirty days upon receipt of Techno West's Action Plan to provide Techno West with comments. Within thirty days of receiving Coastkeeper's comments on an Action Plan, Techno West shall accept and incorporate Coastkeeper's comments into the Action Plan, or, alternatively, justify in writing why any comment is not being incorporated. Any disputes regarding the adequacy of a particular BMP shall not impact the schedule for implementing any other BMP set forth in the Action Plan. Any disputes as to the adequacy of the Action Plan and/or Techno West's failure to incorporate Coastkeeper's comments shall be resolved pursuant to the dispute resolution provisions of this Consent Decree, set out in Section IV below.

22.    Techno West shall revise the Facility's SWPPP within thirty days of

implementing the Action Plan to reflect the changes in the Action Plan. Techno West shall notify Coastkeeper in writing when the Action Plan has been implemented and shall submit the revised SWPPP to Coastkeeper for review and comment as set out in Paragraphs 25 and 26 below.

23.    <u>Action Plan Payments</u>. If Techno West is required to submit an Action Plan to Coastkeeper in accordance with Paragraphs 20 and 21 above, the cost for Coastkeeper's review is incorporated into Techno West's Compliance Monitoring and Oversight payment pursuant to Paragraph 31.

**F. Storm Water Pollution Prevention Plan ("SWPPP")**

24.    <u>SWPPP</u>. Within thirty days of the Effective Date, Techno West shall amend the Facility's SWPPP to incorporate the requirements of the General Permit and this Consent Decree.

25.    <u>Revising the SWPPP</u>. Techno West shall revise the Facility's SWPPP if there are any significant changes in the Facility's operations, including but not limited to changes to storm water discharge point(s) or significant changes/additions to the BMPs at the Facility, within thirty days of the occurrence of any of the above-listed events.

26.    <u>Commenting on Revised SWPPPs</u>. Techno West shall submit each revised SWPPP to Coastkeeper for review and comment within thirty days of its completion. Coastkeeper shall provide comments, if any, to Techno West within thirty days of receipt of the SWPPP. Within thirty days of receiving Coastkeeper's comments on the SWPPP, Techno West shall accept and incorporate Coastkeeper's comments into the SWPPP or, alternatively, justify in writing why any comment is not being incorporated. Any disputes as to the adequacy of a SWPPP and/or Techno West's failure to incorporate Coastkeeper's comments shall be resolved pursuant to the dispute resolution provisions of this Consent Decree, set out in Section IV below.

**G. Compliance Monitoring and Reporting**

27.    <u>Site Inspections</u>. Coastkeeper and its representatives may conduct one wet

weather site inspection and one dry weather site inspection per year at the Facility during the Term of this Consent Decree. In the event of a dispute between the Settling Parties regarding Techno West's compliance with this Consent Decree, and provided a site inspection would be relevant to resolving such dispute, the Settling Parties agree to meet and confer regarding an additional site inspection. Coastkeeper shall not unreasonably request, and Techno West shall not unreasonably deny, the additional site inspection.

27.1.    The site inspections shall occur Monday through Friday, excluding Federal and religious holidays, between 9:00 a.m. and 4:00 p.m. Coastkeeper shall provide Techno West with no less than seventy-two hours' notice before any site inspection. Notice will be provided via electronic mail to the notice recipient(s) designated in Paragraph 46 below. For any site inspection requested to occur in wet weather, Coastkeeper shall be entitled to adjust timing during normal business hours or reschedule the inspection for an alternative date during normal business hours if the forecast changes and anticipated precipitation appears unlikely, and thus frustrates the purpose of visiting the Facility in wet weather. As used throughout this Paragraph 27.1, "normal business hours" shall mean and refer to the Facility operating hours as identified in the Facility's SWPPP. For any site inspection requested to occur during dry weather, either party shall have the option to reschedule within a reasonable time-period, not to exceed thirty days from the requested date. Coastkeeper and Techno West agree to meet in good faith to accommodate the needs and schedules of both parties and their representatives to facilitate any dry weather inspection.

27.2.    During the site inspections, Coastkeeper shall be allowed access to the Facility's SWPPP, storm water monthly visual observation

16

records, storm water employee training records, and other storm water monitoring records, reports, Sampling Photographs (as defined above), and storm water sampling data for the Facility.

27.3.    Coastkeeper shall limit inspection participants to three individuals, all of whom agree to execute the attached Release and Waiver (Exhibit B) prior to entering the Facility. Subject to the terms of the Site Visit Agreement previously signed and dated by Orange County Coastkeeper on January 30, 2025 ("Site Visit Agreement"), during the site inspections, Coastkeeper may inspect and collect samples of storm water discharges from the Facility and take photos and/or videos related to General Permit and/or Consent Decree compliance. Further, Plaintiff shall not disclose any information (e.g., photos, videos, sample data) obtained as a result of a site inspection to any third party, except that such information may be disclosed to: (a) a consultant for the limited purpose of assessing the Facility's storm water pollution control program; and/or (b) the District Court as part of enforcing compliance with this Consent Decree. A certified California laboratory shall analyze samples collected by Coastkeeper and copies of the lab reports and photographs shall be provided to Techno West within five business days of Coastkeeper's receipt. Subject to the terms of the Site Visit Agreement, within seven days after a site inspection, Coastkeeper shall provide Techno West with a duplicate set of any photographs and videos that were taken.

## H. Reporting and Document Provision

28.    During the Term of this Consent Decree, any documents described herein shall be provided to Coastkeeper within fourteen days of Coastkeeper's written request.

29.    During the Term of this Consent Decree, Techno West shall provide

17

Coastkeeper with a copy of all documents, monitoring and/or sampling data, written communications, and/or correspondence related to Permit compliance at the Facility that are submitted to the Regional Water Board, State Water Board, and/or any Federal, State, or local agency, county, or municipality. Such reports and documents shall be provided to Coastkeeper concurrently as they are sent to the agencies, counties, and/or municipalities.

30.     Any documents, written communications, and/or correspondence related to Techno West's compliance with the General Permit received by Techno West from any Federal, State, or local agency, county or municipality shall be provided to Coastkeeper within fourteen days of receipt by Techno West.

## III.   ENVIRONMENTAL MITIGATION PROJECT, LITIGATION FEES AND COSTS, AND STIPULATED PENALTIES AND INTEREST

31.     Compliance Monitoring and Oversight. Techno West agrees to partially defray costs associated with Coastkeeper's monitoring of Techno West's compliance with this Consent Decree in the amount of forty-five thousand dollars ($45,000) for an anticipated term of three years from the Effective Date. Further, such payment shall be made within thirty days of the Effective Date. Payment shall be delivered via certified mail or overnight delivery to: Orange County Coastkeeper, c/o Legal Department, 3151 Airway Avenue, Suite F-110, Costa Mesa, CA 92626, unless made via wire transfer.

32.     Environmentally Beneficial Project. To remediate the environmental harms alleged to have resulted from the allegations in the Notice Letter and Complaint, Techno West agrees to make a payment of forty-five thousand dollars ($45,000) to Huntington Beach Wetlands Conservancy, 21900 Pacific Coast Highway, Huntington Beach, CA 92646. Techno West shall make such a payment within thirty days of the Effective Date. Techno West shall provide Coastkeeper with a copy of such payment and copy Coastkeeper and its attorneys on any related correspondence.

33.     Coastkeeper's Fees and Costs. To partially reimburse Coastkeeper for its

investigation fees and costs, expert/consultant fees and costs, reasonable attorneys' fees, and other costs incurred as a result of investigating and filing the lawsuit and negotiating resolution of this matter, Techno West shall pay a total of ninety-five thousand dollars ($95,000) within thirty days of the Effective Date, delivered via certified mail or overnight delivery to: Orange County Coastkeeper, c/o Legal Department, 3151 Airway Avenue, Suite F-110, Costa Mesa, CA 92626, unless made via wire transfer.

34. <u>Stipulated Payment</u>. For any missed deadline, Coastkeeper shall promptly notify Techno West in writing of the missed deadline and provide Techno West no fewer than ten business days to cure. Techno West shall make a stipulated remediation payment of one hundred dollars ($100) per day for any and each missed deadline specified in this Consent Decree not previously extended in writing by the Settling Parties or cured upon notice by Coastkeeper. Payments for a missed deadline shall be made for the restoration and/or improvement of the watershed in the area affected by Techno West's discharges and shall be made to Huntington Beach Wetlands Conservancy and delivered via check or wire transfer. Techno West agrees to make the stipulated payment within thirty days of the missed deadline. Techno West shall provide Coastkeeper with a copy of each such payment at the time it is made.

## IV. **DISPUTE RESOLUTION**

35. <u>Court Enforcement Authority</u>. This Court shall retain jurisdiction over this matter for the Term of this Consent Decree for the purposes of enforcing the terms and conditions and adjudicating all disputes among the Settling Parties that may arise under the provisions of this Consent Decree. The Court shall have the power to enforce this Consent Decree with all available legal and equitable remedies, including contempt.

36. <u>Meet and Confer</u>. The Settling Parties shall at all times work informally in good faith to address any issues that might arise concerning Techno West's compliance with the General Permit and the Clean Water Act occurring or arising after the Effective Date of the Consent Decree. However, a Settling Party shall be able to invoke the dispute

Consent Decree                                                                Case No. 8:24-cv-02768-SRM-ADS

resolution procedures of this Section IV by notifying all other Settling Parties in writing of the matter(s) in dispute and the disputing party's proposal for resolution. The Settling Parties shall then meet and confer in good faith (either telephonically or in person) within fourteen calendar days from the date of the notice in an attempt to fully resolve the dispute within thirty days. The Settling Parties may, but are not required to, elect to extend these time periods in an effort to resolve the dispute without court intervention.

37.    <u>Formal Resolution</u>. If the Settling Parties cannot resolve a dispute through the meet and confer process discussed above, the Settling Party initiating the dispute resolution provision may invoke formal dispute resolution by filing a motion before the United States District Court for the Central District of California. The Settling Parties agree to request an expedited hearing schedule on the motion.

38.    <u>Fees and Costs</u>. If intervention by the District Court is required, civil penalties and litigation costs and fees incurred in conducting the meet and confer or otherwise addressing and/or resolving any dispute, including an alleged breach of this Consent Decree, shall be awarded to the prevailing or substantially prevailing party in accordance with the standard established by Section 505 of the Clean Water Act, <u>33 U.S.C. §§ 1365(d)</u> and <u>1319(d)</u>, applicable case law interpreting such provisions, or as otherwise provided for by statute and/or case law.

## V.    **MUTUAL RELEASE OF LIABILITY AND COVENANT NOT TO SUE**

39.    <u>Coastkeeper's Release</u>. Upon the Effective Date of this Consent Decree, Coastkeeper, on its own behalf and on behalf of its current and former officers, directors, employees, and each of their successors and assigns, and its agents, attorneys, and other representatives, hereby releases Defendant and each of its current and former officers, directors, managers, members, employees, parents, subsidiaries, divisions, affiliates, insurers, landlords, property owners, lenders, shareholders and each of their predecessors, successors and assigns, and each of their agents, attorneys, consultants, and other representatives, and waives all claims which were or could have been asserted

in Coastkeeper's Notice Letter and Complaint up to and including the Termination Date of this Consent Decree.

40. <u>Defendant's Release</u>. Upon the Effective Date of this Consent Decree, Defendant, on its own behalf and on behalf of its current and former officers, directors, employees, members, and each of their successors and assigns, and their agents, attorneys, and other representatives, hereby release Coastkeeper (and its current and former officers, directors, employees, members, parents, subsidiaries, and affiliates, and each of their successors and assigns, and its agents, attorneys, and other representatives), and waives all claims which arise from or pertain to this action, including all claims for fees (including fees of attorneys, experts, and others), costs, expenses or any other sum incurred or claimed for matters related to, or which could have been asserted in response to, Coastkeeper's Complaint up to and including the Termination Date of this Consent Decree, except for fees, costs, expenses or any other sum incurred or claimed pursuant to Paragraph 33 of this Consent Decree.

## VI.    <u>MISCELLANEOUS PROVISIONS</u>

41. <u>No Admission of Liability</u>. The Parties enter into this Consent Decree for the purpose of avoiding prolonged and costly litigation on disputed claims. Neither this Consent Decree, the implementation of additional BMPs, nor any payment made pursuant to this Consent Decree shall constitute or be construed as a finding, adjudication, admission, or acknowledgment of any fact, law, or liability, nor as an admission of violation of any law, rule, or regulation. Defendant maintains and reserves all defenses it may have to any alleged violations that may be raised in the future.

42. <u>Force Majeure</u>. No Settling Party shall be considered to be in default in the performance of any of its respective obligations under this Consent Decree when performance becomes impossible due to an event of Force Majeure. Force Majeure is any event arising from: war; fire; earthquake; windstorm; flood or natural catastrophe; civil disturbance; vandalism; pandemic or public health threat; sabotage or terrorism;

restraint by court order or public authority or agency; or action or non-action by, or inability to obtain the necessary authorizations or approvals from, any governmental agency. A Force Majeure shall not include normal inclement weather, economic hardship, inability to pay, or employee negligence. Any Settling Party seeking to rely upon this paragraph to excuse or postpone performance shall have the burden of establishing that it could not reasonably have been expected to avoid the Force Majeure event and that despite exercise of due diligence has been unable to overcome the failure of performance. The Settling Parties shall exercise due diligence to resolve and remove any Force Majeure event. Delay in compliance with a specific obligation under this Consent Decree due to Force Majeure as defined in this paragraph shall not excuse or delay compliance with any or all other obligations required under this Consent Decree.

43.  <u>Construction</u>. The language in all parts of this Consent Decree shall be construed according to its plain and ordinary meaning, except as to those terms defined in the General Permit, the Clean Water Act, or specifically herein. The captions and paragraph headings used in this Consent Decree are for reference only and shall not affect the construction of this Consent Decree.

44.  <u>Choice of Law</u>. The laws of the United States shall govern this Consent Decree.

45.  <u>Severability</u>. If any provision, paragraph, section, or sentence of this Consent Decree is held by a court to be unenforceable, the validity of the enforceable provisions shall not be adversely affected.

46.  <u>Correspondence</u>. All documents and/or notices required herein or any other correspondence pertaining to this Consent Decree shall be sent by electronic mail or, if electronic mail transmission is not feasible, via certified U.S. Mail with return receipt, or courier, as follows:

<u>If to Coastkeeper:</u>

Orange County Coastkeeper
Attn: Legal Department, Erin Barlow

22

Email: erin@coastkeeper.org
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626

If to Techno West:

Ruben Castellon
Email:  rcastellon@raflawgroup.com
RAF Law Group
133 Vista Lane
Watsonville, CA 95076

With a copy to:
Alan Pott
Chris Radovich
Email: alan@technowestinc.com
Email: chris@technowestinc.com
1391 S. Allec Street
Anaheim, CA 92805

Any change of address shall be communicated in the manner described above for giving notices. Notifications of communications shall be deemed submitted immediately after receipt via email or the next business day after having been deposited with U.S. mail or courier service.

47.    Effect of Consent Decree. Nothing in this Consent Decree shall be construed to affect or limit in any way Defendant's obligation to comply with all Federal, State, and local laws and regulations governing any activity required by this Consent Decree. Compliance with this Consent Decree shall not be deemed to constitute compliance with the General Permit, the Clean Water Act, or any other law, rule, or regulation.

48.    Defendant's Assignment or Sale of Property. Subject only to the express conditions contained in this Consent Decree, all the rights, duties, and obligations contained in this Consent Decree shall inure to the benefit of and be binding upon the Settling Parties, and their successors and assigns. In the event a Techno West transferee

23

or assign ("Techno West Assignee") will continue industrial operations at the Facility, Techno West shall notify Coastkeeper ten days in advance of the proposed transfer or assignment ("the Assignment Notice") and within ten days following the Assignment Notice, Techno West will provide Coastkeeper with a written assignment and assumption duly executed by Techno West and the Techno West Assignee assigning Techno West's obligations under this Consent Decree to the Techno West Assignee.

49.     Counterparts. This Consent Decree may be executed in any number of counterparts, all of which together shall constitute one original document. Email of a .pdf signature, and/or facsimile copies of original signature shall be deemed to be originally executed counterparts of this Consent Decree.

50.     Modification of the Consent Decree. This Consent Decree, and any provisions herein, may not be changed, waived, discharged, extended, or terminated unless by a written instrument, signed by the Settling Parties.

51.     Full Settlement. This Consent Decree constitutes a full and final settlement of this matter.

52.     Negotiated Settlement. The Settling Parties have negotiated this Consent Decree and agree that it shall not be construed against the party preparing it but shall be construed as if the Settling Parties jointly prepared this Consent Decree, and any uncertainty and/or ambiguity shall not be interpreted against any one party.

53.     Integration Clause. This is an integrated Consent Decree. This Consent Decree is intended to be a full and complete statement of the terms of the agreement between the Settling Parties and expressly supersedes any and all prior oral or written agreements, covenants, representations, and warranties (express or implied) concerning the subject matter of this Consent Decree.

54.     Authority. The undersigned representatives for each Settling Party each certify s/he is fully authorized by the Settling Party whom s/he represents to enter into the terms and conditions of this Consent Decree. The Settling Parties certify that their

undersigned representatives are fully authorized to enter into this Consent Decree, to execute it on behalf of the Settling Parties, and to legally bind the Settling Parties to its terms.

55.    <u>Validity</u>. The Settling Parties agree to be bound by this Consent Decree and not to contest its validity in any subsequent proceeding to implement or enforce its terms.

[Remainder of this page intentionally left blank]

Consent Decree                                                    Case No. 8:24-cv-02768-SRM-ADS

1    **IN WITNESS WHEREOF,** the undersigned have executed this Consent Decree

2    as of the date first set forth below.

3    APPROVED AS TO CONTENT

4

5    Dated: April 15 _____, 2025        By: _Garry Brown_____

6                                                  Garry Brown
                                                   Founder & President
7                                                  Orange County Coastkeeper

8    Dated: 5/5/2025 _____, 2025        By: _____

9                                                  Alan Pott
10                                                 TWI- Techno West, Inc.

11

12   APPROVED AS TO FORM

13

14   Dated: April 15 _____, 2025        By: _Erin A. Barlow_____

15                                                 Erin A. Barlow
                                                   Attorney for Orange County Coastkeeper
16

17   Dated: _May 5_____, 2025           By: _____

18                                                 Ruben Castellón
                                                   Attorney for TWI- Techno West, Inc.
19

20   **IT IS SO ORDERED.**                         UNITED STATES DISTRICT COURT
                                                   CENTRAL DISTRICT OF CALIFORNIA
21

22   Dated: _July 7, 2025_____, 2025

23                                                 Honorable Judge Serena R. Murillo

24

25

26

27

28

26

[Proposed] Consent Decree                         Case No. 8:24-cv-02768-SRM-ADS

# Exhibit A

| BUSINESS NAME: | TWI - Techno West, Inc. | | | | |
|---|---|---|---|---|---|
| SITE ADDRESS: | 1391 S. ALLEC STREET | | CITY: ANAHEIM | | ZIP CODE: 92805 |
| Date Map Updated: 4/29/2025 | | MAP #: 1 | | FACILITY ID #: | |



Run-On #2

Permanent berm, north speed bump and storm water diversion will be completed

Abrasive Blast Booth

Run-On #1

SP 300

Spent Abrasive Media

Spent Abrasive Media

Permanent Berm

Speed Bump

Water Filtration System & Facility Discharge Location

Sheet Flow

Retaining wall to isolate our run-off from the run-on

Flammable Waste

Sheet Flow

Paint Storage

500

Maintenance

OXYGEN ACETYLENE

Paint Spray Booth

Divert storm water flow from the east side of the storage area to the trench drain in the parking area.

RAILROAD SIDING

STORMWATER DRAINAGE

Equipment Storage Area

Paint Storage

COVERED WORK AREA

DOOR

Work Area

S

Sheet Flow

Equipment Storage Area

Paint Storage

OFFICES

SP

Employee Parking with Trench Drain & Pump to Feed into Water Filtration System

To MS4

Paint Spray Booth

Work Area

Work Area

SP

Abrasive Blast Booth

Equipment Storage Area

Sheet Flow

W

RAILROAD SIDING

GATE

NEC Area

STORMWATER DRAINAGE

SCALE: 1" = 70 feet

Speed Bump

The facilities finish grade slopes east to west.

= Downspouts flow to water filtration system

ALLEC STREET

# Exhibit B

Exhibit B

## ASSUMPTION OF RISK, RELEASE, AND INDEMNITY AGREEMENT

I understand that I am being given temporary entry to the following property (the "Site"):

1391 S. Allec Street located in Anaheim, California

In consideration of the forgoing, I agree to the following:

I acknowledge and agree that my entry onto the Site is entirely voluntary and at my own risk. Except for the intentional or negligent acts or omissions of Indemnified Parties, I agree to indemnify, defend, hold harmless and release TWI- Techno West, Inc., its shareholders, officers, directors, employees, agents, attorneys, successors, assigns, lenders, landlords, property owners, trustees, beneficiaries, and any other person(s) related to the Site or the activity at the Site (collectively "Indemnified Parties") from any and all demands, lawsuits, damages, claims, settlements, judgments, losses, liability, or expenses (including interest, attorney fees, and expert witness fees) for personal injury, illness (including without limitation potential exposure to any infectious or communicable disease, including but not limited to COVID-19), death, or property damage, caused by, arising from or related to my entry onto the Site.

I confirm that at the time of the site inspection that I do not have any infectious or communicable disease or symptoms of an infectious or communicable disease, including without limitation COVID-19 symptoms as outlined in current Centers for Disease Control guidance including: fever or chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, and/or diarrhea. I agree that if I have any of these symptoms at the time of the site inspection that I will either wear a face covering (covering both nose and mouth) or not participate in the site inspection.

I agree that I will wear personal protective equipment at the site inspection, including, but not limited to, the following: protective eye gear (goggles or glasses), reflective vest, and closed toe shoes (steel toe shoes).

I agree that I will not assign my rights or delegate my obligations under this Agreement and that there are no third-party beneficiaries.

I HAVE READ THIS DOCUMENT AND FULLY UNDERSTAND AND AGREE TO EACH AND EVERY PROVISION.


Signature:_____     Company: _____

Name:_____     Title: _____

Purpose of Visit: _____